Now in the instant case of Miller v. Village of Brookville, the Village did have authority to acquire property by deed from a private party for park purposes, and the law defines how they shall dispose of that property when they once acquire it. However, the recovery of the property is not before the court. The court has held the deed is void from the Village of Brookville to Weaver. If the deed is void the title to the property never passed. If its present occupants are holding by adverse possession then they haven't had adverse possession for a sufficient length of time in order to obtain title thereby.

MILLER, et, Plaintiffs-Appellants, v. VILLAGE OF BROOKVILLE et, Defendants-Appellees.

Ohio Appeals, Second District, Montgomery County.

No. 2005. Decided December 10, 1948.

By THE COURT:

We have examined the bill of exceptions, assignments of error and briefs of counsel, and upon consideration thereof find no prejudicial error in the record. We are in full accord with the legal conclusions of the trial court which are well supported in a lengthy and well considered opinion.

The judgment is affirmed.

WISEMAN, PJ, MILLER and HORNBECK, JJ, concur.